UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE B. CORAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BARBARA AYCOCK, FREEMAN HARDISON, | ) | 5:23-CV-520-BO-BM |
| WAYNE AYCOCK, CHRIS GURLEY, JOE | ) | |
| DAUGHTERY, ANTONIO WILLIAMS, and | ) | |
| BEVAN FOSTER, | ) | |
| Defendants. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss [DE 10] is GRANTED. Plaintiff's complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on February 12, 2024, and served on:**
James R. Morgan, Jr. (via CM/ECF Notice of Electronic Filing)
Alan McSurely (via US Mail to 144 Leake Street, Carthage, NC 28327)

PETER A. MOORE, JR., CLERK

February 12, 2024

  /s/ Lindsay Stouch
By: Deputy Clerk